ORLISTUS R. BAKER, County Treasurer, etc.

*v.*

THE FIRST NATIONAL BANK OF SPRINGFIELD.

TAXATION OF SHARES OF NATIONAL BANKS. The doctrine announced in the case of *The First National Bank of Mendota* v. *Smith*, 65 Ill. 44, in respect to taxation upon shares of stock in national banks, is reaffirmed.

APPEAL from the Circuit Court of Sangamon county; the Hon. JOHN A. McCLERNAND, Judge, presiding.

This was a bill in equity, by The First National Bank of Springfield, against Orlistus R. Baker, county treasurer and *ex-officio* collector of Sangamon county, to enjoin the collection of taxes assessed upon the shares of the capital stock of the bank. The court below decreed *pro forma* in accordance with the prayer of the bill, and the county treasurer appealed to this court.

Messrs. HAY, GREENE & LITTLER, for the appellant.

Messrs. ROBINSON, KNAPP & SHUTT, Mr. A. ORENDORFF, Mr. C. S. ZANE, and Mr. MELVILLE W. FULLER, for the appellee.

Mr. JUSTICE McALLISTER delivered the opinion of the Court:

This was a bill in equity to restrain the collection of taxes assessed upon shares of the capital stock in The First National Bank of Springfield. A decree *pro forma* was entered, over-ruling a demurrer to the bill. The defendant, abiding by his demurrer, brings the case to this court by appeal.

The question presented is the same as that decided in *First National Bank of Mendota* v. *Smith*, 65 Ill. 44, and is disposed of by the decision in that case.

The decree of the circuit court must be reversed and the bill dismissed.

*Decree reversed.*